**No. 46201.**—Protest 23481–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the silk mufflers are the same in all material respects as those the subject of Abstract 44055. The claim at 60 percent under paragraph 1209 was therefore sustained. The powder boxes in question were held dutiable as household utensils at 40 percent under paragraph 339 following Abstract 30942 and in accordance with stipulation of counsel.

**No. 46202.**—Protests 760321–G, etc., of Abbe Engineering Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 25, 1941

**No. 46203.**—Protests 35400–K, etc., of Asbury Graphite Mills (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise in question consists of amorphous graphite the same in all material respects as that the subject of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444). In accordance therewith and the British Trade Agreement (T. D. 49753) the protests were sustained.

**No. 46204.**—Protests 930607–G, etc., of Asbury Graphite Mills (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise is amorphous graphite the same in all material respects as that the subject of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444). In accordance therewith the claim at 10 percent under paragraph 213 was sustained.

**No. 46205.**—Protest 13465–K of Prodex Lit Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.